WR-62,099-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/9/2015 10:59:39 AM
Accepted 4/9/2015 11:04:08 AM
ABEL ACOSTA
CLERK

## Cause Number WR-62,099-03

RECEIVED
COURT OF CRIMINAL APPEALS
4/9/2015
ABEL ACOSTA, CLERK

## Robert Pruett

### vs.

### Williams Stephens,
### Director, TDCJ, CID

---------------------------------------------------

## Acknowledgement and Assent to Pruett's
## Notice Regarding State's Response to
## Petition for Writ of Prohibition

---------------------------------------------------

Pruett filed a Notice Regarding State's Response to Petition for Writ of Prohibition, in which he asserted that the State's Response included an erroneous assertion. Pruett is correct.

On page 6 of the State's Response, this attorney wrote:

> Two pairs of pants and a white towel that Baylor found in the trash can of the gym had Nagle's blood on them. (R.R. 42:346-347, 350) A piece of cloth Baylor found in the hallway had Nagle's blood on it. (R.R. 42:347)

**The accurate facts are that the two pairs of pants, the white towel, and the piece of cloth all have Pruett's blood on them, not Nagle's. (RR 4:346-347, 350)**

This attorney apologizes to the Court and to Counsel for this error. It was not intentional and it was not meant to mislead any person.

Respectfully Submitted,

/s/ Melinda Fletcher

Melinda Fletcher
Appellate Attorney
SBN 18403630

Special Prosecution Unit
P O Box 1744
Amarillo, Texas 79105

Phone 806.367.9407
Fax   866.923.9253
mfletcher@sputexas.org

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing Acknowledgement and Assent to Pruett's Notice Regarding State's Response to Petition for Writ of Prohibition was served on David Dow and Jeff Newberry, the attorneys for Pruett, and Jefferson Clendenin, Assistance Attorney General, via electronic mail on this the 9th day of April, 2015.

/s/ Melinda Fletcher

Melinda Fletcher